# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133176
(20)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT LEROY HOUGHTALING,
        Defendant-Appellant.

SC: 133176
COA: 274040
Iosco CC: 02-004331-FH;
        02-004332-FH

_____/

    On order of the Court, the motion for reconsideration of this Court's June 20, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

    KELLY, J., would grant reconsideration and, on reconsideration, would remand this case to the trial court for preparation of a corrected presentence report that omits the information that defendant challenged.  MCR 6.425(E)(2).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

l0830